Robert C. Montgomery, Esq.
Idaho SBN: 1793
2160 S. Twin Rapid Way
Boise, ID 83709
Ph: (208) 322-8865
Fax: (208) 322-8395
bmontgomerylaw@gmail.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
## BOISE DIVISION

| | |
|---|---|
| LISA WISE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>G. REYNOLDS SIMS & )<br>ASSOCIATES, P.C., )<br>)<br>Defendant. ) | Case No.: 1:12-cv-389<br><br>**VERIFIED COMPLAINT**<br><br>(**Unlawful Debt Collection Practices**) |

## PLAINTIFF'S VERIFIED COMPLAINT

LISA WISE ("Plaintiff"), through attorney, ROBERT C. MONTGOMERY, alleges the following against G. REYNOLDS SIMS & ASSOCIATES, P.C. ("Defendant"):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

### JURISDICTION AND VENUE

2. Jurisdiction of this Court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Idaho; therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Pocatello, Bannock County, Idaho.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8. Plaintiff is informed and believes, and thereon alleges, that Defendant is a collections business with an office in Troy, Michigan.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Within the past year, Defendant places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

11. Defendant places collection calls to Plaintiff's telephone number 208-221-3446.

12. Defendant calls Plaintiff's telephone and requests Plaintiff to place a return call to 877-632-2945, extension 5518, a number belonging to Defendant.

13. Defendant left a message on Plaintiff's answering machine and failed to provide meaningful disclosure of the callers' identity. Defendant also failed to indicate that Defendant was a debt collector.

## COUNT I:
## DEFENDANT VIOLATED THE FAIR DEBT
## COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on, but not limited to, the following:

    a.    Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt;

    b.    Defendant violated §1692d(6) of the FDCPA through the placement of calls without meaningful disclosure of the caller's identity;

    c.    Defendant violated § 1692e of the FDCPA through the use of false, deceptive, or misleading representation or means in connection with the collection of any debt; and

    d.    Defendant violated §1692e(11) of the FDCPA through the failure to state in communications with a consumer in connection with the collection of a debt that the communication is from a debt collector and that any information obtained will be used for that purpose.

WHEREFORE, Plaintiff, LISA WISE, respectfully requests judgment be entered against Defendant, G. REYNOLDS SIMS & ASSOCIATES, P.C.., for the following:

15.    Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

16.    Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and

17.    Any other relief this Court deems appropriate.

RESPECTFULLY SUBMITTED,

By: /s/ Robert C. Montgomery
Robert C. Montgomery
Idaho SBN: 1793
Ph: (208) 322-8865
Attorney for Plaintiff