## UNITED STATES DISTRICT COURT
### DISTRICT OF IDAHO
### BOISE DIVISION

| | |
|---|---|
| LISA WISE, | ) |
| Plaintiff, | ) Case No.: 1:12-CV-389-REB |
| v. | ) |
| G. REYNOLDS SIMS & ASSOCIATES, P.C., | ) JUDGMENT |
| Defendant. | ) |

## JUDGMENT

Pursuant to Plaintiff's acceptance of Defendant's Rule 68 Offer of Judgment, this Honorable Court hereby enters judgment in favor of Plaintiff for the sum total of $1,010.00 in statutory damages, and an additional $250.00 in actual damages, for a total amount of $1,260, plus costs accrued and reasonable attorneys' fees incurred to date. Said fees and costs are to be in an agreed upon amount as between counsel for all parties, or if the parties are unable to agree, as determined by the Court upon motion.

RESPECTFULLY SUBMITTED,

Elizabeth A. Smith. Clerk of the Court

By: _____
Deputy Clerk

1