Robert C. Montgomery, Esq.
Idaho SBN: 1793
2160 S. Twin Rapid Way
Boise, ID 83709
Ph: (208) 322-8865
Fax: (208) 322-8395
bmontgomerylaw@gmail.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
## BOISE DIVISION

| | |
|---|---|
| LISA WISE, ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:12-CV-389-REB |
| ) | |
| v. ) | **NOTICE OF SETTLEMENT** |
| ) | |
| G. REYNOLDS SIMS & ) | |
| ASSOCIATES, P.C., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, LISA WISE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Therefore, Plaintiff hereby withdraws her pending Motion for Attorneys fees and costs which was filed November 26, 2012 and requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

DATED:  November 27, 2012

By: /s/ Robert Montgomery
    Robert C. Montgomery, Esquire

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 27, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  I further certify that on November 27, 2012, I served all counsel of record with a copy of this document by way of the CM/ECF system.

                /s/ Robert Montgomery
                Robert C. Montgomery, Esquire
                Attorney for Plaintiff